FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★   OCT 06 2014   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JARRETT R. JENKINS,

            Plaintiff,

-against-

**NOTICE OF HEARING**
**14-CV-5684 (SJF)(AKT)**

CITIBANK, N.A.,

            Defendants.

------------------------------------------------------------X

      Pursuant to Rule 5(D) of the individual rules of the Honorable Sandra J. Feuerstein, United States District Judge, and in light of the filing of the Complaint on September 29, 2014, the above-captioned matter is respectfully referred to the Honorable A. Kathleen Tomlinson, United States Magistrate Judge, for all pretrial matters.

      A pretrial conference is scheduled before Judge Feuerstein in Courtroom 1010 at the Central Islip Courthouse, located at 100 Federal Plaza, Central Islip, New York 11722 on **Wednesday, July 29 at 11:15 a.m.**, at which time all discovery must be completed.

      ***The Clerk of the Court is respectfully directed to serve a copy of this notice on plaintiff. Plaintiff is hereby directed, upon receipt of this notice, to serve a copy upon defendant and to file proof of such service with the Court.***

Dated: October 6, 2014
       Central Islip, New York

                                                   Kate Whipple, Law Clerk to the
                                                     Honorable Sandra J. Feuerstein