UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

A. Kathleen Tomlinson
Honorable U.S. Magistrate Judge
100 Federal Plaza, Room 910
Central Islip, NY 11722

October 20, 2014

Re: <u>Jenkins v. Citibank, N.A</u>
    2:14cv-05684 (SJF-AKT)

Dear Magistrate Judge Tomlinson,

Plaintiff wishes to advise the court that currently before Judge Feuerstein is the Plaintiff's motion to stay proceedings pursuant to FRCP 4(b) and (c), due to the Plaintiff not presenting the summons to the clerk of the court to be executed and subsequently not serving the Defendant with the complaint and summons.

Accordingly, the Plaintiff request indefinitely the postponement of any upcoming proceedings pursuant to that motion and its content whether or not the motion is granted.

Respectfully,

Jarrett R. Jenkins
334 Locust Street, Apt 1
West Hempstead, NY 11552-3044
516-841-3132
jrobertjenkins@gmail.com

**RECEIVED**

OCT 20 2014

EDNY PRO SE OFFICE